|  |  |
|---|---|
|  | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 11/29/21 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Yony Sosa, *on behalf of himself and all other persons similarly situated*,

                      Plaintiff,

    v.

Leif, Inc.,

                      Defendant.

21-CV-9853 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

This case has been assigned to me for all purposes. It is hereby:

ORDERED that, within thirty (30) days of service of the summons and complaint, the parties must meet and confer for at least one hour in a good-faith attempt to settle this action. To the extent the parties are unable to settle the case themselves, they must also discuss whether further settlement discussions through the district's court-annexed mediation program or before a magistrate judge would be productive at this time.

IT IS FURTHER ORDERED that within fifteen (15) additional days (i.e., within forty-five (45) days of service of the summons and complaint), the parties must submit a joint letter requesting that the Court either (1) refer the case to mediation or a magistrate judge (and indicate a preference between the two options), or (2) schedule an initial status conference in the matter.

SO ORDERED.

Dated:    November 29, 2021
             New York, New York

                                                          Ronnie Abrams
                                                           United States District Judge